# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**UNI-SYSTEMS, LLC,**

       Plaintiff,

v.

**ROSSETTI INC., et al.**

       Defendants.

_____/

**No. 2:20-CV-10953-BAF-APP**
Hon. Bernard A. Friedman
Magistrate Judge Anthony P. Patti

## STIPULATION OF DISMISSAL WITH PREJUDICE

    Plaintiff Uni-Systems, LLC and Defendants Rossetti, Inc. and Matthew L. Rossetti Architect, P.C. (collectively, the "Parties"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice, including all claims, affirmative defenses, and counterclaims stated therein against all Parties. Each Party shall bear its own costs, expenses, and attorney fees.

Dated: October 22, 2020

Respectfully submitted,

/s/ Joshua D. Curry
Charles W. Browning (P32978)
Olivia M. Paglia (P73490)
PLUNKETT COONEY
38505 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
P: (248) 901-4000
F: (248) 901-4040
cbrowning@plunkettcooney.com
opaglia@plunkettcooney.com

Joshua D. Curry (GA SBN 117378)
LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Brandy S. Nolan
YOUNG & ASSOCIATES, PC
Jaye Quadrozzi (P71646)
Orchards Corporate Center
27725 Stansbury Blvd., Ste. 125
Farmington Hills, Michigan 48334
Tel: (248) 353-8620
quadrozzi@youngpc.com
efiling@youngpc.com

NORTON ROSE FULBRIGHT US LLP
David Ben-Meir (CA SBN 192028)
555 South Flowers Street, Forty-First Floor
Los Angeles, California 90071

| | |
|---|---|
| 1180 Peachtree St. NE, Ste. 2900<br>Atlanta, GA 30309<br>P: (404) 348-8585<br>F: (404) 467-8845<br>josh.curry@lewisbrisbois.com<br><br>*Attorneys for Defendants Rossetti Inc. and Matthew L. Rossetti Architect, P.C.* | Tel: (213) 892-9200<br>Fax: (213) 892-9494<br>david.ben-meir@nortonrosefulbright.com<br><br>Victoria V. Corder (NY SBN 4881686)<br>1301 Avenue of the Americas<br>New York, New York 10019-6022<br>Tel: (212) 318-3000<br>Fax: (212) 318-3400<br>victoria.corder@nortonrosefulbright.com<br><br>Brandy S. Nolan (TX SBN 24070337)<br>2200 Ross Avenue, Suite 3600<br>Dallas, Texas 75201-7932<br>Tel: (214) 855-8000<br>Fax: (214) 855-8200<br>brandy.nolan@nortonrosefulbright.com<br><br>Sean Patrick McGinley (TX SBN 24116740)<br>Texas State Bar No. 24116740<br>98 San Jacinto Blvd., Suite 1100<br>Austin, Texas 78701<br>Tel:  (512) 474-5201<br>Fax: (512) 536-4598<br>sean.patrick.mcginley@nortonrosefulbright.com<br><br>*Attorneys for Plaintiff Uni-Systems, LLC* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date indicated below the foregoing document was filed using the CM/ECF System, which caused counsel of record for the parties to be served by electronic mail, as more fully reflected on the notice of electronic filing.

Dated: October 22, 2020              */s/ Brandy S. Nolan*
                                                                Brandy S. Nolan